June 30, 2010

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Docket No. 10-2931

United States of America v. Jermel Lewis

The Clerk will enter my appearance
as Counsel of Record for:

United States of America
*(please list names of all parties represented)*

who IN THIS COURT is (please check <u>only</u> one):

| ☐ Petitioner(s) | ☐ Respondent(s) |
| ☐ Appellant(s) | ☒ Appellee(s) |
| ☐ Intervenor(s) | ☐ Amicus Curiae |

Signature of counsel _____

Name (type or print) Arlene D. Fisk
         Mr.  Ms.  Mrs.  Miss

Firm         United States Attorney's Office
Address     One Independence Mall - Suite 1250
           615 Chestnut Street
           Philadelphia, PA 19106-4476

Telephone   (215) 861 - 8356
Facsimile    (215) 861 - 8618
Email Address  Arlene.fisk@usdoj.gov
        Please also provide e-mail notice to: usapae.appeals@usdoj.gov

Only counsel of record shall enter an appearance. That attorney will be the only one notified of the court's action in this case. Other attorneys who desire notification should make appropriate arrangements with counsel of record.

Only attorneys who are members of the Bar of the Court of Appeals for the Third Circuit or who have applied for admission may file an appearance form.
(Admission waived for federal attorneys and court-appointed counsel.)

IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED