No. 10-2931

IN THE

# United States Court of Appeals

FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA

*Appellee*,

v.

JERMEL LEWIS, A/K/A STAR, A/K/A PR-STAR, A/K/A P

*Appellant.*

ON APPEAL FROM JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, NO. 2:08-CR-00161
BY THE HONORABLE J. CURTIS JOYNER

**ADDENDUM TO BRIEF OF AMICUS CURIAE AMACHI,
INC. IN SUPPORT OF APPELLANT AND FOR VACATUR**

J. Wesley Earnhardt
Michael P. Addis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Amicus Curiae*

January 23, 2015

# COMBINED CERTIFICATION ADDENDUM

## ELECTRONIC FILING

The text of the electronic brief filed with the Clerk is identical to the text in the paper copies.

## VIRUS CHECK

A virus detection program has been run on the electronic file sent to the Clerk for filing and no virus was detected.

January 23, 2015                                s/ J. Wesley Earnhardt
                                                J. Wesley Earnhardt

# CERTIFICATE OF SERVICE

I certify that on January 23, 2015, a true and correct copy of the foregoing was served on all parties to this appeal, via CM/ECF, pursuant to Third Circuit Local Appellate Rule 25.1(b) because counsel for all parties are Filings Users who will be served electronically by the Notice of Docket Activity.


January 23, 2015                                          s/ J. Wesley Earnhardt
                                                          J. Wesley Earnhardt